UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMPHENOL CORPORATION,<br><br>        Petitioner,<br><br>v.<br><br>FRACTUS, S.A.,<br><br>        Respondent. | Misc. Case No. 19-mc-160<br><br>Related to *Fractus, S.A. v. AT&T Mobility LLC, et al.*, No. 2:18-cv-00135 (JRG) (E.D. Tex.)<br><br>**AMPHENOL CORPORATION'S NOTICE OF MOTION TO QUASH SUBPOENAS TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**<br><br>**ORAL ARGUMENT REQUESTED** |

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declarations of Richard G. Frenkel and Justin Reik, the exhibits annexed thereto, and the pleadings and papers on file with the Court in the underlying action, the undersigned hereby moves this Court on behalf of Non-Party Amphenol Corporation at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, as soon as counsel may be heard, for an Order, "), pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, quashing the subpoenas that Fractus S.A. ("Fractus" or "Plaintiff") served in the underlying action, *Fractus S.A. v. AT&T Mobility LLC, et al.*, No. 2:18-cv-00135 (E.D. Tex.), on March 4 and 26, 2019 ("Subpoenas"), and for other such and further relief as the Court deems just, necessary, and proper.

Dated:    March 29, 2019
             New York, New York

                                                LATHAM & WATKINS LLP

                                                /s/ Maximillian A. Grant
                                                Maximilian A. Grant (ct5454848)

885 Third Avenue
New York, New York  10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email:  max.grant@lw.com

Richard G. Frenkel (*Pro hac vice to be submitted*)
140 Scott Drive
Menlo Park, CA  94025
Tel: (650) 328-4600
Fax: (650) 463-2600
Email: rick.frenkel@lw.com

Bradley A. Hyde (*Pro hac vice to be submitted*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: bradley.hyde@lw.com


*Attorneys for Petitioner Amphenol Corporation*