**Maximilian A. Grant**
**Direct Dial: 212.906.1325**

885 Third Avenue
New York, New York 10022
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

April 17, 2019

<u>**VIA ECF**</u>

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Amphenol Corporation v. Fractus, S.A.*, No. 19-mc-160 (PAE)

Dear Judge Engelmayer:

    We represent Petitioner Amphenol Corporation ("Amphenol") in the above-referenced matter. On April 3, 2019, the Court entered an order setting an April 19, 2019 deadline for Amphenol's combined reply and opposition brief (Dkt. 16). With consent of Respondent's counsel, Amphenol respectfully requests that the Court extend this deadline to April 23, 2019. This extension is the first request of this nature, and is sought to afford lead counsel time to recover from a recent surgery before finalizing the responsive papers.

    Thank you for your consideration.

                          Respectfully submitted,

                          <u>/s/ Maximilian A. Grant</u>
                          Maximilian A. Grant
                          of LATHAM & WATKINS LLP

cc: All Counsel of Record